380

BEFORE THE SECOND DIVISION, JANUARY 28, 1952

**No. 56313.**—Van Santen Co. *v.* United States, protest 174129–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 56314.**—American Vitos Co. *v.* United States, protest 174981–K (A) (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 56315.**—S. I. Gross & Co., Inc., et al. *v.* United States, protests 160198–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 56316.**—Hermos Linen Co. *v.* United States, protests 154219–K and 157850–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of ornamented articles (not wearing apparel), not in part of lace, lace fabrics, or lace articles, wholly or in chief value of rayon, and not provided for in any other subdivision of subparagraph (a) of paragraph 1529, as amended, *supra*, in respect of which a modified rate of duty is prescribed, the claim of the plaintiff was sustained.

**No. 56317.**—Los Angeles Textile Co. *v.* United States, protest 172900–K (Los Angeles).

Opinion by FORD, J.   At the trial counsel for the defendant conceded that the merchandise consisted of nylon lace made on a 10-point Levers machine, and, in effect, conceded that the collector's classification was erroneous and that the plaintiff's claim was correct.   The protest was therefore sustained.

BEFORE THE THIRD DIVISION, JANUARY 28, 1952

**No. 56318.**—All American Distributing Co. et al. *v.* United States, protests 171757–K, etc. (Los Angeles).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.